1040

[No. 30375-6-III.   Division Three.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE N. SAROFF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02620-8, Michael P. Price, J., entered October 6, 2011. *Remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ.

[No. 30228-8-III.   Division Three.   January 10, 2013.]

*In the Matter of the Marriage of* JUDY RUTH SWANSON, *Respondent*, and CHESTER JAMES MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 10-3-00124-3, Michael E. Cooper, J., entered August 22, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 62076-2-I.   Division One.   January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RANDALL JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09062-9, Michael Heavey, J., entered July 31, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, J., and Ellington, J. Pro Tem.

The prior unpublished opinion in this cause, which was filed on June 28, 2010 and noted at 156 Wn.App 1042, was *withdrawn* by order of the Court of Appeals dated January 14, 2013.

[No. 65253-2-I.   Division One.   January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07279-1, Carol A. Schapira, J., entered April 12, 2010. *Affirmed* by unpublished per curiam opinion.